UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Katrina Rosa, Sheryl Bishop, Tamey Donnelly, Philip Roy, and Anna Silva,<br><br>    Plaintiffs<br><br> v.<br><br>Monadnock Community Hospital,<br><br>    Defendant. | Civil Action No. 1:21-cv-00142 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii), the parties hereby stipulate to the dismissal of this matter with prejudice and that the parties shall bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

    Respectfully submitted,

    KATRINA ROSA, SHERYL BISHOP, TAMEY
    DONNELLY, PHILIP ROY AND ANNA SILVA

    By Their Attorney,

    RED SNEAKER LAW, PLLC

Dated: December 14, 2021  /s/Kirk Simoneau
    Kirk C. Simoneau, N.H. Bar No. 19291
    77 Central Street
    Manchester, NH 03101
    (603) 669-5000
    kirk@redsneakerlaw.com

    and

MONADNOCK COMMUNITY HOSPITAL

By Its Attorneys,

SHEEHAN PHINNEY BASS & GREEN, P.A.

Dated: December 14, 2021

/s/ Elizabeth A. Bailey
Elizabeth A. Bailey, N.H. Bar No. 9283
Abbygale S. Martinen, N.H. Bar No. 272938
1000 Elm Street, P.O. Box 3701
Manchester, NH 03105
(603) 627-8241; (603) 627-8390
ebailey@sheehan.com; amartinen@sheehan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which notification of filing to all Counsel of Record.

/s/Kirk Simoneau
Kirk C. Simoneau